National Support Center
**Allstate Insurance Company**
1819 Electric Road S.W.
Roanoke, VA  24018-1618
Bus:  (540) 989-2200

**Allstate.**
You're in good hands.

Claim#_____332 263 1791_____

To Whom It May Concern:

I, Kathy Collard, employee of Allstate Insurance Company, Roanoke, Virginia, do certify

that the enclosed is a copy of Policy Number_____907 184390_____,

in the name of_____Amy Menerey_____,

showing the coverages that were on the policy at the time of loss of_____12-14-01_____.


_____Kathy Collard_____
Claim Support


State of Virginia, County of Roanoke

On this _____6th_____ day of _____November_____, 2002, before me

personally appeared Kathy Collard to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act and

deed.


_____Kim Ferguson_____
Notary Public


My Commission Expires:

KIM FERGUSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2005


EXHIBIT_____A_____

PG_____1___OF__54__

*Sleeper Ins Agency*
*800 E Dimond #3-300*
*Anchorage AK 99515*

| **Your Quick Insurance Check** |
| --- |
| ✓ Verify vehicles and drivers listed on the Policy Declarations and ID cards. |
| ✓ Verify the vehicle identification number (VIN) listed on these documents; its accuracy could affect your premium. |
| ✓ This is not a bill. |

Amy Menerey  PO BX  871176
PO BX  871176
Wasilla AK  99687-1176

**Thanks for insuring with Allstate Indemnity.**

I appreciate the opportunity to handle your insurance needs, and I hope to serve you for a long time to come.

This mailing contains your new Allstate Indemnity policy and your Policy Declarations, which lists your coverages, limits, premiums, and any discounts you're receiving. You'll also find other important notices and documents relating to your insurance policy. Please be sure to read these papers carefully. Proof of Insurance cards for your vehicles with liability coverage are also enclosed.

Thanks again—you're a valued customer. If you have any questions about the information enclosed in this mailing, or if there's anything about your insurance that you would like to discuss, please don't hesitate to call me at (907) 344-3301.

At your service,

*Gene Sleeper*

Sleeper Ins Agency
Your Allstate Agent

AUTO *0101051011025070048026601* Information as of    October 25, 2001

NA33-1

EXHIBIT _____ A _____
PG _____ 2 _____ OF _54_

**Allstate Indemnity Company**

# Auto Policy Declarations

## Summary

**NAMED INSURED(S)**
Amy Menerey PO BX 871176
PO BX 871176
Wasilla AK 99687-1176

**YOUR ALLSTATE AGENT IS**
Sleeper Ins Agency
(907) 344-3301
(907) 334-3301
800 E Dimond #3-300
Anchorage AK 99515

**YOUR BILL**
will arrive in a separate
mailing if you haven't paid
your premium in full.

**POLICY NUMBER**
9 07 184390 10/20

**POLICY PERIOD**
Oct. 20, 2001  to Apr. 20, 2002  at 12:01 a.m. standard time

**DRIVER(S) LISTED**
Amy          Julie

**DRIVER(S) EXCLUDED**
None

**VEHICLES COVERED**
1.  91 Buick Lesabre
2.  94 Chevrolet Beretta

**VEHICLE ID NUMBER**
1G4HP54CXMH426829
1G1LV1546RY250012

**LIENHOLDER**
None
None
None

## Total Premium

| | |
|---|---|
| Premium for 91 Buick Lesabre | $411.10 |
| Premium for 94 Chevrolet Beretta | $421.50 |
| Policy Fee | $30.00 |
| **TOTAL** | **$862.60** |

✓  *Your total premium reflects a combined discount of $251.00*

✓  *Your total premium reflects a combined surcharge of $75.00*

*Your Policy Effective Date is Oct. 20, 2001*

EXHIBIT____A____
PG_____3____OF__54

# Allstate Indemnity Company

Policy Number : 9 07 184390 10/20     Your Agent:   Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

COVERAGE FOR VEHICLE # 1
## 1991 Buick Lesabre

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | Not Applicable | $207.00 |
| ● Bodily Injury | $50,000 | each person | | |
| | $100,000 | each occurrence | Not Applicable | $127.00 |
| ● Property Damage | $50,000 | each occurrence | | $35.00 |
| Automobile Medical Payments | $10,000 | each person | Not Applicable | |
| Towing and Labor Costs Coverage | $50 | each disablement | Not Applicable | $3.10 |
| | | | | $39.00 |
| Uninsured Motorists Insurance | | | Not Applicable | |
| ● Bodily Injury | $50,000 | each person | | |
| | $100,000 | each accident | | |
| ● Property Damage | $25,000 | each accident | $250 | |
| **Total Premium for 91 Buick Lesabre** | | | | **$411.10** |

## DISCOUNTS   Your premium for this vehicle reflects the following discounts:

| | | |
|---|---|---|
| Multiple Car | $47.00 | Antilock Brakes    $38.00 |
| Prior Insurance | $20.00 | |

## RATING INFORMATION
This vehicle is driven 10 - 20 miles to work/school, unmarried female age 16, limited use

EXHIBIT____A____
PG_____4____OF__54__

# Allstate Indemnity Company

Policy Number : 9 07 184390 10/20     Your Agent:   Sleeper Ins Agency   (907) 344-3301
Policy Effective Date: Oct. 20, 2001

COVERAGE FOR VEHICLE # 2

## 1994 Chevrolet Beretta

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| ● Bodily Injury | $50,000 | each person | Not Applicable | $151.00 |
| | $100,000 | each occurrence | | |
| ● Property Damage | $50,000 | each occurrence | Not Applicable | $111.00 |
| Automobile Medical Payments | $10,000 | each person | Not Applicable | $22.00 |
| Auto Comprehensive Insurance | Actual Cash Value | | $250 | $99.00 |
| Towing and Labor Costs Coverage | $50 | each disablement | Not Applicable | $3.10 |
| Uninsured Motorists Insurance | | | | $35.40 |
| ● Bodily Injury | $50,000 | each person | Not Applicable | |
| | $100,000 | each accident | | |
| ● Property Damage | $25,000 | each accident | $250 | |
| **Total Premium for 94 Chevrolet Beretta** | | | | **$421.50** |

## DISCOUNTS
Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Multiple Car | $70.00 | Passive Restraint | $6.00 |
| Antilock Brakes | $30.00 | Prior Insurance | $40.00 |

## SURCHARGES
Your premium for this vehicle reflects the following surcharges:

| | | | |
|---|---|---|---|
| Violation(s) | $26.00 | Chargeable Accident(s) | $49.00 |

## RATING INFORMATION
This vehicle is driven 10 - 20 miles to work/school, with no unmarried driver under 25

EXHIBIT ___A___
PG____5____ OF __54__

# Allstate Indemnity Company

**Policy Number : 9 07 184390 10/20**    **Your Agent:    Sleeper Ins Agency  (907) 344-3301**
**Policy Effective Date: Oct. 20, 2001**

## *Your Policy Documents*

Your auto policy consists of this Policy Declarations and the documents listed below.  Please keep these together.
- Alaska Auto Policy form AU151                                - Amendment of Policy Provisions form AU2306
- Alaska Indemnity Endorsement form AIU277-1

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by its Secretary and its President at Northbrook,
Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by
an authorized agent of **Allstate.**

Edward J. Dixon
President

Robert W. Pike
Secretary

EXHIBIT___*A*___
PG____*6*___OF_*54*___

## Allstate Indemnity Company

Policy Number : 9 07 184390 10/20     Your Agent:   Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

# Important Notice

## 3rd PARTY DESIGNATION SELECTION FORM

Alaska law permits insured persons 70 years of age or older to designate a third party to receive copies of
any cancellation or non-renewal notice. To designate a third party, you must submit a written request or
complete this form and mail it to the address listed below.

I, _____, request Allstate to list

Name _____

Address _____

City _____ State _____

Zip Code _____

as third party designee on my insurance policy/policies. I understand that this person will receive copies of all
cancellation and non-renewal notices with regard to my insurance policy/policies.

Signature _____ Date _____

Policy Number(s) _____
(Please note: You must list all policies for which you want third party notification)

You may terminate the third party designee named above from your policy by mailing notice to the following
address:

**Allstate Insurance Company**
**Allstate Indemnity Company**
P. O. Box 40023
1819 Electric Rd. SW
Roanoke, VA 24022-9813

If you have any questions regarding this notice or your policy in general, please contact your Allstate
representative.

**X7162**

AUTO *01000510110250700480260 4*

EXHIBIT____A____
PG_____7__OF_54____

# Allstate Indemnity Compa

Policy Number : 9 07 184390 10/20       Your Agent:    Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

**Allstate Indemnity Company**

Policy Number : 9 07 184390 10/20      Your Agent:   Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

# Important Notice

## *Allstate's Privacy Policy*

At Allstate, we value you as a customer and share your concerns about privacy. To help you understand how we treat the nonpublic personal information ("customer information") that we obtain from you or other sources in the course of providing you with products and services, this notice describes our use and protection of that information.

Whether you're doing business with us through your local agent or broker, our Customer Information Center, or allstate.com, we want you to know that Allstate respects your privacy and protects your information.

- We do not sell customer information.
- We do not share your customer information with persons, companies, or organizations outside of Allstate that would use that information to contact you about their own products and services.
- We expect persons or organizations that provide services on our behalf to keep customer information confidential and to use it only to provide the services we've asked them to perform.
- Within Allstate, we communicate to our employees regarding the need to protect customer information, and we've established physical, electronic, and procedural safeguards to protect customer information.

Below we've provided answers to questions that might be on your mind regarding privacy. You may be wondering...

**What do we do with your customer information?**
Allstate does not sell your customer information, or medical information, to anyone. Nor do we share it with companies or organizations outside of Allstate that would use that information to contact you about their own products and services. If that practice were ever to change, we would, of course, offer you the ability to opt out of this type of information sharing, and we would offer you the opt-out with time for you to respond before the change in our practice took place.

Your agent or broker may use customer information to help you with your overall insurance program. We may also communicate with you about products, features, and options you have expressed an interest in or that we believe may be of interest to you. We may, without authorization but only as permitted or required by law, provide customer information to persons or organizations both inside and outside of Allstate to fulfill a transaction you have requested, service your policy, market our products to you, investigate or handle claims, detect or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory and law enforcement authorities. These persons or organizations may include: our affiliated companies, companies that perform marketing services on our behalf, other financial institutions with which we have a joint marketing agreement for the sale of our own products, and your agent or broker.

**What kind of customer information do we have, and where did we get it?**
Much of the customer information that we have about you comes directly from you. When submitting your application or request for insurance or other products and services we offer, or requesting an insurance quote, you may give us information such as your name, address, and Social Security number. We keep information about your transactions with our affiliates, others or us—for example, the types of products and services you purchase from us, premiums, account balances, and payment history.

Page 1

AUTO *010005101102507004802605*

EXHIBIT    A
PG        9   OF   54

# Allstate Indemnity Company

Policy Number : 9 07 184390 10/20      Your Agent:   Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

We also may collect information from outside sources, including consumer reporting agencies and health care providers. This information may include loss information reports, motor vehicle reports, credit reports, and medical information.

**How do we protect your customer information?**
When we share customer information with companies working on Allstate's behalf, we expect those companies to use that information only to provide the service we have asked them to perform. Within Allstate, customer information is available to those individuals who may need to use it to fulfill and service the needs of Allstate customers. We communicate the need to protect customer information to all employees and agents, especially those individuals who have access to it. Plus, we've established physical, electronic, and procedural safeguards to protect customer information.

Finally, should your relationship with Allstate end, your customer information will remain protected in accordance with our privacy practices as outlined in this Important Notice.

**How can you find out what information we have about you?**
You may request to either see, or obtain from us by mail, the customer information about you in our records. If you believe that information is incomplete or inaccurate, you may request that we make any necessary corrections, additions or deletions to the disputed customer information. To fulfill your request, we may make arrangements with an insurance support organization or a consumer reporting agency to copy and disclose customer information to you on our behalf. You may also request a more complete description of the entities to which we disclose customer information, or the circumstances that might warrant such disclosures. Please send any of the requests listed above in writing to: Allstate Insurance Company, Customer Privacy Inquiries, P.O. Box 11904, Roanoke, VA 24022.

**If you are an Internet user...**
Our website, allstate.com, provides information about Allstate, our products, and the agencies and brokers that represent us. You may also perform certain transactions on the website. When accessing allstate.com, please be sure to read the Privacy Statement that appears there.

To learn more, the allstate.com Privacy Statement provides important information relating to your use of the website, including, for example, information regarding: 1) our use of online collecting devices known as "cookies"; 2) our collection of information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site; 3) who should use our web site; 4) the security of information over the Internet and 5) links and co-branded sites.

We hope you have found this Important Notice helpful. If you have any questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-Allstate.

                                                                                  X66702-1

This notice is being provided on behalf of the following companies:

Allstate County Mutual Insurance Company
Allstate Floridian Insurance Company
Allstate Insurance Company
Allstate Motor Club, Inc.
Allstate Property and Casualty Insurance Company
Allstate Texas Lloyd's, Inc.
General Underwriters Agency, Inc.

Allstate Floridian Indemnity Company
Allstate Indemnity Company
Allstate Investment Management Company
Allstate New Jersey Insurance Company
Allstate Texas Lloyd's
Forestview Mortgage Insurance Company
Roadway Protection Auto Club, Inc.

                                                                     **Page 2**

EXHIBIT _____A_____
PG _____10_____ OF _____54_____

## Allstate Indemnity Company

Policy Number : 9 07 184390 10/20     Your Agent:   Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

# Important Notice

### Request For Review
You may, by written request, obtain pertinent information concerning the insurance rates affecting you.

You may request, in writing, that we review the manner in which our insurance rates have been applied to you. If you make such a written request for review, we will provide you an opportunity to be heard in person (or through your representative) on that request. If we do not respond to your written request for review within 30 days, or if we reject your request (in which instance you shall receive written notice of this action), you have the right to appeal our action on your request to the Director of Insurance within 30 days after our written notice of rejection (or our failure to respond within 30 days). The Director may, in a hearing held not less than 10 days after written notice is provided to you and to us, affirm or reverse our action on the request for review.

**X5650**

AUTO *01008510110250700480260 6*

EXHIBIT____*A*____
PG._____*11*____OF_*54*

**Allstate Indemnity Compa**

Policy Number : 9 07 184390 10/20      Your Agent:   Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

# Important Notice

## *Alaska Uninsured And Underinsured Motorists Insurance Offer*

ALLSTATE OFFERS YOU THE OPPORTUNITY TO PURCHASE COVERAGE WHICH, SUBJECT TO THE TERMS AND CONDITIONS OF YOUR POLICY, PROVIDES VALUABLE PROTECTION FOR YOU AND OTHERS LISTED ON YOUR POLICY. **PLEASE READ THIS FORM CAREFULLY.**

Allstate is offering you the opportunity to purchase, change, reject or keep your existing coverage limits for Uninsured and Underinsured Motorist Insurance for Bodily Injury. In addition, you have the opportunity to purchase, reject or keep your existing limit for Uninsured and Underinsured Motorists Insurance for Property Damage. Your enclosed Policy Declarations indicates whether you currently have Uninsured and Underinsured Motorist Insurance for Bodily Injury and/or Property Damage, and if so, your existing limits for these coverages. Please refer to your Policy Declarations while reading this offer.

### *Uninsured and Underinsured Motorists Insurance for Bodily Injury*

If you choose and pay the applicable premium for Uninsured and Underinsured Motorists Insurance for Bodily Injury, you and other persons insured by your policy are insured for damages that the insured person is legally entitled to recover from the owner or operator of an uninsured or underinsured auto due to bodily injury sustained by the insured person in an accident involving an uninsured or underinsured auto.

### An Uninsured Auto is:

- a motor vehicle which has no bodily injury or property damage liability bond or insurance in effect at the time of the accident;
- a motor vehicle insured by an insurance company that denies coverage or becomes insolvent; or
- a hit-and-run motor vehicle, if the identities of the owner and operator are unknown.

### An Underinsured Auto is:

- a motor vehicle which has a bodily injury or property damage insurance policy or bond in effect and applicable at the time of the accident but in an amount less than the amount the insured person is legally entitled to recover for bodily injury or property damage from the owner or operator of the underinsured motor vehicle.

### Available Coverage Limits and Applicable Premiums

If you choose to purchase Uninsured and Underinsured Motorists Insurance for Bodily Injury, the premium you will pay for this coverage will vary depending on: (1) the limits you select and (2) the number of vehicles you insure with Allstate under your policy.

The following chart shows the coverage limits available and the cost of Uninsured and Underinsured Motorists Insurance for Bodily Injury. (Keep in mind that your premium will vary depending on the above-listed factors.)

Page 1

EXHIBIT_____*A*_____

PG_____*12*__OF_*54*___

# Allstate Indemnity Company

Policy Number : 9 07 184390 10/20    Your Agent:  Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

| Uninsured/Underinsured Motorists Coverage for Bodily Injury - Available Limits | 1 vehicle | 2 vehicles | 3 vehicles | 4 vehicles |
|---|---|---|---|---|
| $50,000 each person/$100,000 each accident | $ 24.00 | $ 44.40 | $ 64.80 | $ 85.20 |
| $100,000 each person/$300,000 each accident | 43.20 | 79.90 | 116.60 | 153.40 |
| $200,000 each person/$300,000 each accident | 57.10 | 105.70 | 154.20 | 202.80 |
| $300,000 each person/$300,000 each accident | 62.40 | 115.40 | 168.50 | 221.50 |
| $250,000 each person/$500,000 each accident | 79.40 | 147.00 | 214.50 | 282.00 |
| $300,000 each person/$500,000 each accident | 80.20 | 148.30 | 216.40 | 284.60 |
| $500,000 each person/$500,000 each accident | 89.50 | 165.60 | 241.70 | 317.80 |
| $500,000 each person/$1,000,000 each accident | 97.40 | 180.30 | 263.10 | 345.90 |
| $1,000,000 each person/$1,000,000 each accident | 114.50 | 211.80 | 309.10 | 406.40 |
| $1,000,000 each person/$2,000,000 each accident | 121.40 | 224.70 | 327.90 | 431.10 |

**You have the following coverage options with respect to Uninsured and Underinsured Motorists Insurance for Bodily Injury:**

1) If you already have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may keep your current limits as shown on the enclosed Policy Declarations.

2) If you already have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may elect to change your current limits to any of the other limits listed above.

3) If you already have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may now elect to drop this coverage completely.

4) If you do not currently have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may continue to choose not to carry this coverage.

5) If you do not currently have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may now elect to purchase it at any of the limits listed above.

### *Uninsured and Underinsured Motorists Insurance for Property Damage*

Additionally, Uninsured and Underinsured Motorists Insurance for Property Damage is available. If you choose this coverage and pay the applicable premium, Uninsured and Underinsured Motorists Insurance for Property Damage will pay for covered property damage you are legally entitled to recover from the owner or operator of an uninsured or underinsured auto. You may choose to purchase this coverage at a limit of $25,000 (the only limit available), or you may choose not to carry this protection.

Page 2

AUTO *0100051011025070048026O7*

EXHIBIT____*A*
PG____*13*___OF____*59*

# Allstate Indemnity Compa___

**Policy Number : 9 07 184390 10/20**    **Your Agent:** Sleeper Ins Agency  (907) 344-3301
**Policy Effective Date: Oct. 20, 2001**

If you choose to purchase Uninsured and Underinsured Motorists Insurance for Property Damage, your premium will vary based on: (1) the number of vehicles you insure with Allstate under your policy; (2) whether or not you have chosen to purchase Auto Collision Insurance; and (3) if you have purchased Auto Collision Insurance, the specific deductible you have selected for that coverage.

The chart below shows the premium for each vehicle insured depending on the above factors.

| If applicable, Collision Insurance, and Deductible Amount | Premium Per Vehicle |
|---|---|
| No Collision Insurance | $ 15.00 |
| $250 Deductible | $ 1.00 |
| $500 Deductible | $ 2.60 |
| $1,000 Deductible | $ 3.20 |

For example, if you have two vehicles insured on your policy, one with a $500 Collision Insurance deductible and one without Collision Insurance, your premium for Uninsured and Underinsured Motorists Insurance for Property Damage for these vehicles would be $ 17.60 ($ 2.60 + $15.00).

Your decision regarding Uninsured and Underinsured Motorists Insurance is important, so please consider your options carefully. If you wish to make any changes to your current coverage, please contact your agent. Otherwise, your Uninsured and Underinsured Motorists Insurance coverage, if any, will continue as indicated on your enclosed Policy Declarations.

If you have any questions about this offer or your insurance in general, be sure to contact your agent.

X6843-1

EXHIBIT_____A_____
PG ____14____ OF ___54___

## Allstate Indemnity Company

Policy Number : 9 07 184390 10/20    Your Agent:  Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

# Important Notice

We were unable to issue you an Allstate Insurance Company policy. It is possible that our decision was based on information in a consumer report obtained from ChoicePoint or from consumer reports obtained from both ChoicePoint and Trans Union. Your agent should have already told you which report(s), if any, this action was based upon.

In accordance with Section 612 of the Fair Credit Reporting Act, you have the right to obtain a free copy of the consumer report from the consumer reporting agency that provided us the information if such a request is made within 60 days. You also have the right, under Section 611 of the Fair Credit Reporting Act, to dispute with the consumer reporting agency, the accuracy or completeness of any information in the consumer report furnished by the agency.

Please note, the consumer reporting agency did not make the decision to take this adverse action and will not be able to provide you with the specific reason why this adverse action was taken. If you would like this information, please contact your Allstate agent and he or she will be able to inform you of the specific reason for this adverse action and which consumer reports, *if any*, were used in our decision.

You may contact the appropriate consumer reporting agency at:

ChoicePoint Insurance Consumer Center
PO Box 105108
Atlanta, GA 30348-5108
Phone: (800) 456-6004

Trans Union National Disclosure Center
2 Baldwin Place
PO Box 1000
Chester, PA 19022
Phone: (888) 503-0048

Also, should you have any questions concerning the Allstate Indemnity Company policy you received in this envelope, please contact your Allstate agent.

X6096

AUTO *010005101102507004802608*

EXHIBIT___A___
PG___15___ OF ___54___

**Allstate Indemnity Compa**

Policy Number : 9 07 184390 10/20    Your Agent:    Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

# Important Notice

## ALASKA DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT
## DIVISION OF INSURANCE
## ATTORNEY FEES COVERAGE NOTICE

### THIS POLICY LIMITS
### COVERAGE FOR ATTORNEY FEES UNDER ALASKA RULE OF CIVIL PROCEDURE 82

In any suit in Alaska in which we have a right or duty to defend an insured in addition to the limits of liability, our obligation under the applicable coverage to pay attorneys fees taxable as costs against the insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if you are held liable, some or all of the attorney fees of the person making a claim against you must be paid by you. The amount that must be paid by you is determined by Alaska Rule of Civil Procedure 82. We provide coverage for attorney fees for which you are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

**We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.**

*This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorney fees not covered directly.*

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

20% of the first $25,000 of a judgment;
10% of the amounts over $25,000 of a judgment.

Therefore, if a court awards a judgment against you in the amount of $125,000, in addition to that amount you would be liable under Alaska Rule of Civil Procedure 82(b)(1) for attorney fees of $15,000, calculated as follows:

| | |
|---|---|
| 20% of $25,000 | $5,000 |
| 10% of $100,000 | $10,000 |
| Total Award $125,000 | Total Attorney Fees $15,000 |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

| | |
|---|---|
| 20% of $25,000 | $5,000 |
| 10% of $75,000 | $7,500 |
| Total Limit of Liability $100,000 | Total Attorney Fees Covered   $12,500 |

You would be liable to pay, directly and without our assistance, the remaining $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

X5614

EXHIBIT___4_____
PG____16___OF___54___

# Allstate
# Auto Insurance
# Policy

**ALASKA**

**Policy:** 9 07 184390 10/20

**Effective:** October 20, 2001

**Issued to:**
Amy Menerey PO BX 871176
PO BX 871176
Wasilla AK 99687-1176

**By your Allstate agent:**
Sleeper Ins Agency
800 E Dimond #3-300
Anchorage AK 99515



AU151

AUTO *110005101102507004802609*

EXHIBIT____A____
PG____17____OF____54____

# TABLE OF CONTENTS

When And Where The Policy Applies ................. 2
Changes ............................................................ 2
Duty To Report Autos ...................................... 2
Combining Limits Of Two Or More Autos
    Prohibited ..................................................... 2
Transfer ............................................................ 2
Cancellation ..................................................... 2
**Part I—Automobile Liability Insurance**
    **(Coverages AA and BB)**
Insuring Agreement ......................................... 3
Additional Payments Allstate Will Make .............. 3
Persons Insured .............................................. 3
Insured Autos ................................................. 4
Definitions ....................................................... 4
Exclusions — What is not covered ..................... 4
Financial Responsibility ................................... 4
Limits of Liability ............................................. 4
If There Is Other Insurance .............................. 5
Assistance and Cooperation ............................. 5
Action Against Allstate ..................................... 5
What To Do In Case Of An Auto Accident
    Or Claim ....................................................... 5
**Part II—Automobile Medical Payments**
    **(Coverage CC)**
Insuring Agreement ......................................... 5
Persons Insured .............................................. 5
Insured Autos ................................................. 6
Definitions ....................................................... 6
Exclusions — What is not covered ..................... 6
Limits of Liability ............................................. 7
If There Is Other Insurance .............................. 7
Assistance and Cooperation ............................. 7
Action Against Allstate ..................................... 7
Subrogation Rights .......................................... 7
Proof of Claim; Medical Reports ....................... 7
**Part III—Automobile Death Indemnity Insurance**
    **(Coverage CM)**
Insuring Agreement ......................................... 7
Persons Insured .............................................. 8
Definitions ....................................................... 8
Exclusions — What is not covered ..................... 8

Payment of Benefits; Autopsy ........................... 8
Consent of Beneficiary ..................................... 8
Proof of Claim; Medical Reports ....................... 8
**Part IV—Automobile Disability Income Protection**
    **(Coverage CW)**
Insuring Agreement ......................................... 8
Persons Insured .............................................. 8
Definitions ....................................................... 8
Exclusions — What is not covered ..................... 9
To Whom and When Payment Is Made ............... 9
Proof of Claim; Medical Reports ....................... 9
**Part V—Uninsured Motorists Insurance**
    **(Coverage SS)**
Insuring Agreement ......................................... 9
Persons Insured .............................................. 9
Definitions ....................................................... 10
Exclusions — What is not covered ..................... 10
Limits of Liability ............................................. 10
If There Is Other Insurance .............................. 11
Proof of Claim; Medical Reports ....................... 11
Assistance and Cooperation ............................. 11
Trust Agreement .............................................. 11
Payment of Loss by Allstate ............................. 11
Action Against Allstate ..................................... 11
If We Cannot Agree ......................................... 11
**Part VI—Protection Against Loss To The Auto**
    **(Coverages DD, DE, HH, HE, HF, HG,**
    **JJ, UU, ZA, ZZ)**
Insuring Agreements For Each Coverage .......... 12
Additional Payments Allstate Will Make ............. 13
Insured Autos ................................................. 14
Definitions ....................................................... 14
Exclusions — What is not covered ..................... 14
Right to Appraisal ............................................ 15
Payment of Loss by Allstate ............................. 15
Limits of Liability ............................................. 15
If There Is Other Insurance .............................. 15
Action Against Allstate ..................................... 16
Subrogation Rights .......................................... 16
What You Must Do If There Is A Loss ............... 16
**INDEX OF POLICY PROVISIONS** ................. **17**

EXHIBIT _____A_____
PG _____18_____ OF _54_

# Allstate Insurance Company

## Allstate Insurance Company

**The Company Named in the Policy Declarations**
A Stock Company
Home Office: Northbrook, Illinois

The coverages of this policy apply only when a specific premium is indicated for them on the declarations page. If more than one **auto** is insured, a coverage premium will be shown for each **auto**. **Allstate**, relying upon the declarations, subject to all terms of the policy and for payment of the premiums, makes the following agreements with **you**.

### When And Where The Policy Applies
During the premium period, **your** policy applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

### Changes
When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage. Otherwise, the policy can be changed only by endorsement.

The premium for each **auto** is based on information in **our** possession. Any change(s) in this information will allow **us** to make an adjustment of the policy premium.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates, and forms on file, if required, for **our** use in **your** state.

### Duty To Report Autos
**You** must notify **us** within 60 days when **you** acquire an additional or replacement **auto**. If **you** don't, certain coverages of this policy may not apply.

### Combining Limits Of Two Or More Autos Prohibited
This provision applies only when **you** have two or more **autos** insured in **your** name.

If one of these **autos** is involved in an accident, the coverage limit will be as shown on the declarations

page for that **auto**. If none of these **autos** is involved in the accident, **you** may select any single **auto** shown on the declarations page and the coverage limits applicable to that **auto** will apply.

In either case, coverage on any other **auto** may not be added to or stacked upon the coverage of the involved or selected **auto**.

### Transfer
This policy can't be transferred to another person without **our** written consent. However, if **you** die this policy will provide coverage until the end of the premium period for **your** legal representative while acting as such and persons covered on the date of **your** death.

### Cancellation
**You** may cancel this policy by writing and telling **us** on what future date **you** wish to stop coverage.

**Allstate** may cancel part or all of this policy by mailing notice to **you** at **your** last known address. If **we** cancel because **you** didn't pay the premium, the date of cancellation will be at least 10 days after the date of mailing. Otherwise, **we** will give **you** 30 days notice.

Mailing the notice will be proof of notice. A refund, if due, will be proportional to the time **your** policy has been in effect, but cancellation will be effective even though the refund is not made immediately.

After **your** original policy has been in effect 60 days, **Allstate** won't cancel or reduce **your** coverage during the premium period unless:
(1)  the premium isn't paid when due; or

(2)  **you** or any member of **your** household has had a driver's license suspended or revoked during the last 12 months; or

(3)  **Allstate** has mailed notice within the first 60 days that **we** don't intend to continue the policy.

If **we** don't intend to continue the policy beyond any anniversary of its original effective date, **we** will mail **you** notice at least 30 days before the end of the applicable premium period.

**Page 2**

AUTO *110005101102507004802610*



EXHIBIT_____A

PG_____19____OF__54

## Allstate Insurance Company

# Part I
# Automobile Liability Insurance
# Bodily Injury—Coverage AA
# Property Damage—Coverage BB

Allstate will pay for all damages a person insured is legally obligated to pay—because of bodily injury or property damage meaning:

(1)  bodily injury, sickness, disease or death to any person, including loss of services; and

(2)  damage to or destruction of property, including loss of use.

Under these coverages, your policy protects a person insured from claims for accidents arising out of the ownership, maintenance or use, loading or unloading of the auto we insure.

We will defend a person insured if sued as the result of an auto accident. This defense will be supplied even if the suit is groundless, false, or fraudulent. We will defend that person at our own expense, with counsel of our choice, and may settle any claim or suit if we feel this is appropriate.

## Additional Payments Allstate Will Make

In defending a person insured under this part, we will pay for

(1)  loss of wages or salary not to exceed $25 per day. These payments will be made when that person's attendance is required at a trial to defend against a bodily injury suit. We will also pay other reasonable expense incurred at our request but not other loss of income or earnings.

(2)  court costs for defense. Allstate shall not be obligated to pay that portion of any prevailing party's attorney's fees awarded by a court under "Alaska Civil Rule 82" which, when combined with judgments and payments, exceeds our limits of liability. However, for payment of an additional premium this limitation will not apply and, we shall be liable for such attorney's fees in excess of our limits of liability. The premium charge for this protection appears on the declarations page.

(3)  interest accruing on damages awarded, until such time as we have paid, formally offered,

or deposited in court the amount for which we are liable under this policy. Interest will be paid only on damages which do not exceed our limits of liability.

(4)  premiums on appeal bonds and on bonds to release attachments, but not in excess of our limit of liability. We have no obligation, however, to apply for or furnish these bonds.

We will repay a person insured for

(1)  the cost of any bail bonds required because of an accident or traffic law violation involving the use of the insured auto. Payment won't exceed $300 per bond. We have no obligation to apply for or furnish a bond.

(2)  any expense incurred for first aid to others at the time of an auto accident involving the insured auto.

## Persons Insured

(1)  While using your insured auto:
    (a)  you,
    (b)  any resident, and
    (c)  any other person using it with your permission.

(2)  While using a non-owned auto:
    (a)  you,
    (b)  any resident relative using a four wheel private passenger auto or utility auto.

(3)  Any other person or organization liable for the use of an insured auto if the auto is not owned or hired by this person or organization.

## Insured Autos

(1)  Any auto described on the declarations page and the four wheel private passenger auto or utility auto you replace it with.

(2)  An additional four wheel private passenger auto or utility auto you acquire ownership of during the premium period. This auto will be covered if we insure all other private passenger autos or utility autos you own. You must, however, notify us within 60 days of acquiring the auto and pay any additional premium.

(3)  A substitute four wheel private passenger auto or utility auto, not owned by you or a

Page 3

EXHIBIT _A_

PG _20_ OF _54_

# Allstate Insurance Company

resident, being temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

(4) A non-owned **auto** used by **you** or a **resident** relative with the permission of the owner. This **auto** must not be available or furnished for the regular use of a person insured.

(5) A trailer, while attached to an insured **auto**, designed for use with a private passenger **auto** or utility **auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**.

## Definitions

(1) "**Allstate**", "**We**", "**Us**", or "**Our**"—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) "**Auto**"—means a land motor vehicle designed for use principally upon public roads.

(3) "**Resident**" or "**Reside**"—means the physical presence in **your** household with the intention to continue living there. Unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in **your** household.

(4) "**Utility Auto**"—means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

(5) "**You**" or "**Your**"—means the policyholder named on the declarations page and that policyholder's **resident** spouse.

## Exclusions—What is not covered

This coverage does not apply to liability for

(1) **your** insured **auto** while used to carry persons or property for a charge, or any **auto you** are driving while available for hire by the public. This exclusion does not apply to shared expense car pools.

(2) auto business operations such as repairing, servicing, testing, washing, parking, storing, or selling of **autos**. However, coverage does apply to **you**, **resident** relatives, **your** partners or the partnership in the business, or

employes of the partnership or of the **resident** relative when using **your** insured **auto**.

(3) a non-owned **auto** while being used in any business or occupation of a person insured. However, coverage does apply while **you**, **your** chauffeur or domestic servant are using a private passenger **auto** or trailer.

(4) bodily injury to an employee of any insured person arising in the course of employment. Coverage does apply to a domestic employee who is not required to be covered by a workers compensation law or similar law.

(5) anyone other than **you**, for claims made by a co-worker injured in the course of employment.

(6) bodily injury to any person related to a person insured by blood, marriage, or adoption and residing in that person's household.

(7) injury or destruction of property a person insured owns, is in charge of, or rents. However, a private residence or a garage rented by that person is covered.

(8) bodily injury or property damage caused intentionally by, or at the direction of, an insured person.

(9) bodily injury or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

## Financial Responsibility

When this policy is certified as proof under any motor vehicle financial responsibility law the insurance under this part will comply with the provisions of that law. This liability coverage will comply to the extent of liability coverage and limits required by the law.

## Limits of Liability

The limits shown on the declarations page are the maximum **we** will pay for any single **auto** accident. The limit stated for each person for bodily injury applies to all damages arising from bodily injury, sickness, disease, or death sustained by one person in any one occurrence. The occurrence limit is **our** total limit of liability for all legal damages for

AUTO *1100051011102507004802611*



EXHIBIT  *A*

PG  *21*  OF  *54*

# Allstate Insurance Company

bodily injury sustained by two or more persons in any one occurrence. For property damage, the limit applies to all legal damages arising from each occurrence.

The liability limits apply to each insured **auto** as stated on the declarations page. The insuring of more than one person or **auto** under this policy will not increase **our** liability limits beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limits also won't be increased if **you** have other auto insurance policies that apply. There will be no duplication of payments made under the Bodily Injury Liability and Uninsured Motorists Coverages of this policy.

An **auto** and attached trailer are considered one **auto**. Also, an **auto** and a mounted camper unit, topper, cap or canopy are considered one **auto**.

If a single "each occurrence" limit is stated on the declarations page for Automobile Liability Insurance, this limit will be the maximum amount of **Allstate's** liability for both bodily injury and property damage arising out of any one occurrence.

## If There Is Other Insurance
If a person insured is using a substitute private passenger **auto** or non-owned **auto**, **our** liability insurance will be excess over other collectible insurance. If more than one policy applies to an accident involving **your** insured **auto**, **we** will bear **our** proportionate share with other collectible liability insurance.

## Assistance and Cooperation
A person insured must assist **us** in making settlements, securing evidence, obtaining witnesses, and in conducting suits. This includes disclosing all facts, and attending hearings and trials. That person must also help **us** recover from anyone who may be jointly responsible.

**We** can't be obligated by a person insured voluntarily making any payments or taking other actions except as specified in this policy.

## Action Against Allstate
No insured person may sue **us** under this coverage unless there is full compliance with all the terms of the policy.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and **us**, then whoever obtains this judgment or agreement against a person insured, may sue **us** up to the limits of this policy. However, no one has the right to join **us** in a suit to determine legal responsibility.

The bankruptcy or insolvency of a person insured or that person's estate won't relieve **us** of any obligation.

## What To Do In Case Of An Auto Accident Or Claim
If a person insured has an **auto** accident, **we** must be promptly notified of all details. If a person insured is sued as the result of an **auto** accident, **we** must be notified immediately.

# Part II
# Automobile Medical Payments Coverage CC
Allstate will pay to or on behalf of a person insured all reasonable expenses incurred for necessary treatment actually rendered within one year of the accident because of the bodily injury. Payments will be made only when bodily injury, sickness, disease, or death is caused by an **auto** accident. Ambulance, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, funeral service expenses, and professional nursing services are covered.

The time period for necessary treatment actually rendered will be extended to five years from the date of the accident if the amount of insurance shown on the declarations page is more than $5,000.

This coverage does not apply to bodily injury, sickness, disease, or death to any person to the extent that treatment is provided or benefits are paid or payable to or on behalf of an injured person under any workers compensation law.

## Persons Insured
(1) **You** and any resident relative who sustains bodily injury while in, on, getting into or out of, or when struck by, an **auto** or trailer. **Your** use of a non-owned **auto** must be with the owner's permission.

Page 5

# Allstate Insurance Company

(2) Any other person who sustains bodily injury while in, on, getting into or out of
   (a) **Your** insured **auto** while being used by **you**, a **resident** relative, or any other person with **your** permission.

   (b) a non-owned **auto** if the injury results from **your** operation or occupancy.

   (c) a non-owned **auto** if the injury results from the operation on **your** behalf by **your** private chauffeur or domestic servant.

   (d) a non-owned private passenger **auto** or trailer if the injury results from the operation or occupancy by a **resident** relative.

The use of these **autos** must be with the owner's permission.

## Insured Autos

(1) Any **auto** described on the declarations page and the four wheel private passenger **auto** or **utility auto you** replace it with.

(2) An additional four wheel private passenger **auto** or **utility auto you** acquire ownership of during the premium period. This **auto** will be covered if **we** insure all other private passenger **autos** or **utility autos you** own. **You** must, however, notify **us** within 60 days of acquiring the **auto** and pay any additional premium.

(3) A substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident**, temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

(4) A non-owned **auto** used with the permission of the owner. This **auto** must not be available or furnished for the regular use of a person insured.

(5) A trailer, while attached to an insured **auto**, designed for use with a private passenger **auto** or **utility auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**.

## Definitions

(1) **"Allstate"**, **"We"**, **"Us"**, or **"Our"**—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) **"Auto"**—means a land motor vehicle designed for use principally upon public roads.

(3) **"Resident"** or **"Reside"**—means the physical presence in **your** household with the intention to continue living there. **Your** unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in **your** household.

(4) **"Utility Auto"**—means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

(5) **"You"** or **"Your"**—means the policyholder named on the declarations page and that policyholder's **resident** spouse.

## Exclusions—What is not covered

This coverage does not apply to bodily injury, sickness, disease or death to

(1) **you** or a **resident** relative while in, on, getting into or out of an **auto** owned by **you** or a **resident** relative which is not insured for this coverage.

(2) **you** or a **resident** relative while in, on, getting into or out of, or struck as a pedestrian by:
   (a) a vehicle operated on rails or crawler-treads, or
   (b) a vehicle or other equipment designed for use principally off public roads, while not upon public roads.

(3) any person while in, on, getting into or out of:
   (a) an owned **auto** while available for hire to the public. This exclusion does not apply to shared expense car pools.
   (b) an **auto** or trailer while used as a residence or premises.

(4) any person, other than **you** or a **resident** relative, while using a non-owned **auto** which is available for hire by the public, or in auto business operations such as repairing,

Page 6

AUTO "1100051011025070048026 12"


EXHIBIT _A_
PG_____ 23 _OF_ 54

## Allstate Insurance Company

servicing, testing, washing, parking, storing or selling of **autos**. Coverage is provided for **you, your** private chauffeur or domestic servant while using a private passenger **auto** or trailer in any other business or occupation.

(5) any person resulting from any act of war, insurrection, rebellion, or revolution.

(6) any person or dependent of a person who is entitled to benefits provided by the U.S. Government under a contract of employment including past or present military duty.

### Limits of Liability
The limit shown on the declarations page is the maximum **we** will pay for all expenses incurred by or for each person as the result of any one **auto** accident.

The medical payments limit applies to each insured **auto** as stated on the declarations page. The insuring of more than one person or **auto** under this policy will not increase **our** limit beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limit also won't be increased if **you** have other auto insurance policies that apply.

**We** will not pay more than $2,000 for any one person for funeral service expenses.

There will be no duplication of payments made under the Bodily Injury Liability and Automobile Medical Payments coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person and reduce the damages payable under the Bodily Injury Liability Coverage of this policy.

### If There Is Other Insurance
When this coverage applies to a substitute **auto** or non-owned **auto**, **Allstate** will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible auto medical insurance.

### Assistance and Cooperation
**You** must assist **us** in making settlements, securing evidence, obtaining witnesses, and conducting

suits. This includes disclosing all facts, and attending hearings and trials. **You** must also help **us** to obtain partial payments from anyone who may be jointly responsible.

**We** can't be obligated by **you** voluntarily making any payments or taking other actions except as specified in this policy.

### Action Against Allstate
No one may sue **us** under this coverage unless there is full compliance with all the terms of the policy.

### Subrogation Rights
When **we** pay, a person insured's rights of recovery from anyone else become **ours** up to the amount **we** have paid. The person insured must protect these rights and help **us** enforce them.

### Proof Of Claim; Medical Reports
As soon as possible, **you** or any other person making claim must give **us** written proof of claim including all details reasonably required by **us** to determine the amounts payable.

The injured person may be required to take physical examinations by physicians selected by **us**, as often as **we** reasonably require. The injured person or his representative must authorize **us** to obtain medical reports and copies of medical and employment records.

## Part III
## Automobile Death Indemnity Insurance—Coverage CM
**Allstate** will pay the benefit shown on the declarations page if an insured person dies as a direct result of bodily injury, sickness or infection caused by an **auto** accident. The injury must be sustained while the insured person is in, on, getting into or out of, or when struck as a pedestrian by an **auto**, trailer or semi-trailer.

Benefits will be paid only if:
(1) death occurs within 90 days of the **auto** accident; or

(2) death occurs within 1 year of the **auto** accident and the bodily injury has continuously prevented the insured person

Page 7

# Allstate Insurance Company

from performing every duty pertaining to his occupation.

## Persons Insured
The person or persons shown as insured on the declarations page under Coverage **CM**.

## Definitions
"Allstate", "We", or "Us"—means the Allstate Insurance Company.

"Auto"—means a land motor vehicle designed for use principally upon public roads.

## Exclusions—What is not covered
This coverage does not apply to death:
(1) sustained in the course of an occupation by any person while:
    (a) operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial **auto**, or an **auto** hired or rented to others for a charge.
    (b) repairing or servicing **autos**, including any related duties.

(2) due to suicide, whether sane or insane.

(3) due to any act of war, insurrection, rebellion, or revolution.

(4) sustained while in, on, getting into or out of, or when struck as a pedestrian by
    (a) a vehicle operated on rails or crawler-treads;
    (b) a vehicle or other equipment designed for use principally off public roads, while not upon public roads; or
    (c) a vehicle when used as a residence or premises.

## Payment of Benefits; Autopsy
The benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to any parent who at the time of the accident is a resident of the same household. In all other cases, the benefit is payable to the deceased insured person's estate.

Allstate has the right and must be given the opportunity to make an autopsy where it is not forbidden by law.

## Consent of Beneficiary
Consent of the beneficiary is not required for cancellation, assignment, change of beneficiary, or any other change under this coverage.

## Proof of Claim; Medical Reports
As soon as possible, **we** must be given written proof of claim including all details reasonably required by **us** to determine if benefits are payable.

The deceased insured person's representative must authorize **us** to obtain medical reports and copies of records.

# Part IV
# Automobile Disability Income Protection Coverage CW
Allstate will pay the weekly benefit shown on the declarations page if an insured person sustains continuous total disability as a direct result of bodily injury, sickness or infection caused by an **auto** accident. The injury must be sustained while in, on, getting into or out of, or when struck as a pedestrian by an **auto**, trailer or semi-trailer.

Benefits will be paid only while the insured person is alive and only if the disability:
(1) commences within 20 days of the date of the accident; and

(2) during the first year after commencement, continuously prevents the insured person from performing every duty pertaining to his occupation; and

(3) during the second and subsequent years after commencement, continuously prevents the insured person from engaging in any occupation or employment for wage or profit.

## Persons Insured
The person or persons shown as insured on the declarations page under Coverage **CW**.

## Definitions
(1) "Allstate", "We", or "Us"—means the Allstate Insurance Company.

AUTO *11000510110250700480261 3*



EXHIBIT _A_
PG _25_ OF _59_