**Allstate Insurance Company**

(2) "**Auto**"—means a land motor vehicle designed for use principally upon public roads.

### Exclusions—What is not covered
This coverage does not apply to disability:
(1) sustained in the course of an occupation by any person while:
   (a) operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial **auto**, or an **auto** hired or rented to others for a charge.
   (b) repairing or servicing **autos**, including any related duties.

(2) due to attempted suicide, whether sane or insane.

(3) due to any act of war, insurrection, rebellion or revolution.

(4) sustained while in, on, getting into or out of, or when struck as a pedestrian by
   (a) a vehicle or other equipment operated on rails or crawler-treads;
   (b) a vehicle or other equipment designed for use principally off public roads, while not upon public roads; or
   (c) a vehicle when used as a residence or premises.

### To Whom and When Payment Is Made
Weekly benefits are payable to the insured person who is disabled. Accrued weekly benefits are payable every four weeks. Any remaining balance is payable at termination of the disability period. Benefits end upon the death of the insured person.

### Proof of Claim; Medical Reports
As soon as possible, the injured person or any other person making claim must give **us** written proof of claim.

The injured person may be required to take physical examinations by physicians selected by **us**, as often as **we** reasonably require. The injured person or his representative must authorize **us** to obtain medical reports and copies of records.

## Part V
## Uninsured Motorists Insurance Coverage SS

**We** will pay damages for bodily injury, sickness, disease or death which a person insured is legally entitled to recover from the owner or operator of an uninsured auto. Injury must be caused by accident and arise out of the ownership, maintenance or use of an uninsured auto.

The right to benefits and the amount payable will be decided by agreement between the person insured and **Allstate**. If **we** can't agree, the decision will be made by arbitration.

If a person insured sues a person believed responsible for the accident without **our** written consent, **we** aren't bound by any resulting judgment.

### Persons Insured
(1) **You** and any **resident** relative.

(2) Any person while in, on, getting into or out of **your** insured auto.

(3) Any other person who is legally entitled to recover because of bodily injury to **you**, a **resident** relative, or an occupant of **your** insured auto.

### An insured auto is a motor vehicle:
(1) described on the declarations page, and the motor vehicle **you** replace it with.

(2) **you** acquire ownership of during the premium period. This additional **motor vehicle** will be covered if **Allstate** insures all other private passenger **motor vehicles you** own. **You** must, however, notify **Allstate** within 60 days after **you** acquire the **motor vehicle** and pay any additional premium.

(3) not owned by **you** or a **resident** relative, being temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

(4) operated by **you** or **your resident** spouse, with the permission of the owner, but not furnished for **your** regular use.

Page 9

EXHIBIT _A_
PG _26_ OF _54_

# Allstate Insurance Company

(5) not made available for public hire by an insured person.

## An uninsured auto is:
(1) a **motor vehicle** which has no bodily injury liability bond or insurance policy in effect at the time of the accident.

(2) a **motor vehicle** covered by a bond or insurance policy which doesn't provide at least the minimum financial security requirements of the state in which **your** insured auto is principally garaged.

(3) a **motor vehicle** for which the insurer denies coverage, or the insurer becomes insolvent.

(4) a hit-and-run **motor vehicle** which causes bodily injury to a person insured by physical contact with the insured or with a vehicle occupied by that person. The identity of either the operator or owner of the vehicle must be unknown. The accident must be reported within 24 hours to the proper authorities. **We** must be notified within 30 days. If the person insured was occupying the vehicle at the time of the accident, **we** have a right to inspect it.

## An uninsured auto is not:
(1) a **motor vehicle** that is lawfully self-insured.

(2) a **motor vehicle** owned by any state or federal government or agency of either.

## Definitions
(1) "**Allstate**", "**We**", "**Us**", or "**Our**"—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) "**Motor Vehicle**"—means a land motor vehicle or trailer other than
 (a) a vehicle or other equipment designed for use principally off public roads, while not upon public roads,
 (b) a vehicle operated on rails or crawler-treads, or
 (c) a vehicle when used as a residence or premises.

(3) "**Resident**" or "**Reside**"—means the physical presence in **your** household with the intention to continue living there. Unmarried dependent children, while temporarily away from home will be considered residents if they intend to continue to live in **your** household.

(4) "**You**" or "**Your**"—means the policyholder named on the declarations page and that policyholder's **resident** spouse.

## Exclusions—What is not covered
This coverage does not apply to
(1) any person insured who makes a settlement without **our** written consent.

(2) any person injured while in, on, getting into or out of or when struck by an uninsured **motor vehicle** which is not an insured auto but is owned by **you** or a **resident** relative.

(3) any person while in, on, getting into or out of a vehicle **you** own which is insured for this coverage under another policy.

(4) the direct or indirect benefit of any workers compensation or disability benefits insurer, including a self-insurer.

## Limits of Liability
The coverage limit stated on the declarations page for
(1) "each person" is the total limit for all damages arising out of bodily injury to one person in any one **motor vehicle** accident.

(2) "each accident" is the total limit for all damages arising out of bodily injury to two or more persons in any one **motor vehicle** accident.

The uninsured motorists limits apply to each insured auto as stated on the declarations page. This means the insuring of more than one person or auto under this or other auto policies will not increase **our** uninsured motorists limit of liability beyond the amount shown for any one auto, even though a separate premium is charged for each auto.

Damages payable will be reduced by
(1) all amounts paid by the owner or operator of the uninsured auto or anyone else responsible. This includes all sums paid under the bodily injury liability coverage of this or any other auto policy.

Page 10

AUTO *11000510110250700480261 4*


EXHIBIT ___A___
PG ___27___ OF ___59___


# Allstate Insurance Company

(2) all amounts payable under any workers compensation law, disability benefits law, or similar law, Automobile Medical Payments, or any similar automobile medical payments coverage.

## If There Is Other Insurance

If the injured person was in, on, getting into or out of a vehicle you do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the injured person is legally entitled to recover damages in excess of the other policy limit, we will only pay the amount by which the limit of liability of this policy exceeds the limit of liability of that policy.

If more than one policy applies to the accident on a primary basis, the total benefits payable to any one person will not exceed the maximum benefits payable by the policy with the highest limit for uninsured motorists coverage. We will bear our proportionate share with other uninsured motorists benefits. This applies no matter how many autos or auto policies may be involved whether written by Allstate or another company.

## Proof of Claim; Medical Reports

As soon as possible, you or any other person making claim must give us written proof of claim including all details reasonably required by us to determine the amounts payable.

The injured person may be required to take physical examinations by physicians selected by us, as often as we reasonably require. The injured person or his representative must authorize us to obtain medical reports and copies of records.

## Assistance and Cooperation

We may require the person insured to take appropriate action to preserve all rights to recover damages from anyone responsible for the bodily injury.

## Trust Agreement

When we pay any person under this coverage:
(1) we are entitled to repayment of amounts paid by us and related collection expenses out of the proceeds of any settlement or judgment that person recovers from any responsible party or insurer.

(2) all rights of recovery against any responsible party or insurer must be maintained and preserved for our benefit.

(3) injured persons, if we request, must take appropriate action in their name to recover damages from any responsible party or insurer. We will select the attorney and pay all related costs and fees.

## Payment of Loss by Allstate

Any amount due is payable to the injured person, to the parent or guardian of an injured minor, or to the spouse of any injured person who dies. However, we may pay any person lawfully entitled to recover the damages.

## Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the terms of this policy.

## If We Cannot Agree

If the person insured or we don't agree on that person's right to receive any damages or the amount, then upon the written request of either the disagreement will be settled by arbitration. Arbitration will take place under the rules of the American Arbitration Association unless the person insured or we object.

If either party objects, the following alternative method of arbitration will be used. The person insured will select one arbitrator and we will select another. The two arbitrators will select a third. If they can't agree on a third arbitrator within 30 days, the judge of the court of record in the county of jurisdiction where arbitration is pending will appoint the third arbitrator. The written decision of any two arbitrators will determine the issues. The person insured will pay the arbitrator that person selects and we will pay the one we select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical and other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Regardless of the method of arbitration, any award not exceeding the limits of the Financial Responsibility law of Alaska, will be binding and may be entered as a judgment in a proper court.

Page 11

EXHIBIT _A_
PG _28_ OF _54_

# Allstate Insurance Company

Regardless of the method of arbitration, when any arbitration award exceeds the Financial Responsibility limits in the State of Alaska, either party has a right to trial on all issues in a court of competent jurisdiction. This right must be exercised within 60 days of the award. Costs, including attorney fees, are to be paid by the party incurring them.

## Part VI
## Protection Against Loss To The Auto

The following coverages apply when indicated on the declarations page. Additional payments, autos insured, definitions, exclusions, and other information applicable to all these coverages appear beginning on page 13.

### Coverage DD
### Auto Collision Insurance

Allstate will pay for loss to **your** insured **auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. The deductible amount will not be subtracted from the loss payment in collisions involving **your** insured **auto** and another **auto** insured by **us**.

### Coverage DE
### Diminishing Deductible Auto Collision Insurance

If the loss is $100 or more, **Allstate** will pay for loss to **your** insured **auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. No deductible applies to losses in excess of $100.

If the loss is between $50 and $100, **you** pay the difference between the amount of loss and $100, and **we** will pay the rest of the loss up to **our** limits of liability.

If the loss is $50 or less, **we** will not make any payment.

The deductible amount will not be subtracted from the loss payment in collisions involving **your** insured **auto** and another **auto** insured by **us**, even if the loss is $50 or less.

### Coverage HH
### Auto Comprehensive Insurance

Allstate will pay for loss to **your** insured **auto** or a non-owned **auto** not caused by collision. Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage and collision with a bird or animal is covered.

The deductible amount will not be subtracted from the loss payment when the loss is caused by a peril listed under Coverage HE.

### Coverage HE
### Auto Fire, Lightning and Transportation Insurance

Allstate will pay for loss to **your** insured **auto** or a non-owned **auto** due to:
(1) fire or lightning.

(2) smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the **auto** is located.

(3) stranding, sinking, burning, collision or derailment of any conveyance in or upon which the **auto** is being transported on land or on water.

### Coverage HF
### Auto Theft Insurance

Allstate will pay for loss to **your** insured **auto** or a non-owned **auto** caused by theft or larceny.

### Coverage HG
### Auto Fire, Lightning, Transportation and Theft Insurance

Allstate will pay for loss to **your** insured **auto** or a non-owned **auto** caused by any peril under Coverages HE or HF above.

### Coverage JJ
### Towing and Labor Costs

Allstate will pay costs for labor done at the initial place of disablement and for towing, made necessary by the disablement of **your** insured **auto** or a non-owned **auto**. The total limit of **our** liability for each loss is stated on the declarations page.

Page 12

AUTO *110005101102507004802615*

EXHIBIT____A____
PG____29____ OF____54____

# Allstate Insurance Company

### Coverage UU
### Rental Reimbursement Coverage

If **you** have collision or comprehensive coverage under this policy and the loss involves either coverage, **Allstate** will repay **you** up to $10 per day for **your** cost of renting an **auto** from a rental agency or garage. **We** won't pay mileage charges.

If **your** insured **auto** is not drivable, coverage starts the day after the loss. If it is driveable, coverage starts the day after the **auto** is taken to a garage for repairs.

Coverage ends when the first of the following occurs.
(1) completion of repairs;

(2) replacement of the **auto**; or

(3) ten full days of coverage.

Coverage won't apply if the entire **auto** is stolen and **you** are eligible under comprehensive coverage for transportation expense.

### Coverage ZA
### Sound System Coverage

**Allstate** will pay for loss to a permanently installed sound system, its antenna and other apparatus specifically used with the sound reproducing, recording, transmitting or receiving system. Coverage applies only to equipment permanently attached by bolts, brackets or in some other manner in any location not designed by the car's manufacturer for the installation of a radio.

This coverage applies only if **you** have comprehensive insurance under this policy. Coverage ZA makes sound systems, antennas and other apparatus specifically used with the sound system insured property under comprehensive and collision insurance.

### Coverage ZZ
### Tape Coverage

**Allstate** will pay for loss to any tapes or similar items used with **auto** sound systems. Coverage applies to property owned by **you** or a **resident relative** that is in or upon **your** insured **auto** at the time of loss. The total limit of **our** liability for each loss is stated on the declarations page.

This coverage applies only if **you** have comprehensive insurance under this policy. Coverage ZZ makes tapes or similar items insured property under **your** comprehensive insurance.

### Additional Payments Allstate Will Make

(1) **Allstate** will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to **you** or a **resident relative** while it is in or upon **your** insured **auto**. This provision does not apply if the insured **auto** is a **travel-trailer**.

This coverage applies only when:
(a) the loss is caused by collision and **you** have purchased collision insurance.
(b) the entire **auto** is stolen, and **you** have purchased comprehensive insurance.
(c) physical damage is done to the **auto** and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning, or flood and **you** have purchased comprehensive insurance.

(2) **Allstate** will repay **you** up to $10 for the cost of transportation from the place of theft of **your** insured **auto** or disablement of the **auto** to **your** destination, if
(a) the entire **auto** is stolen and **you** have comprehensive coverage under this policy.
(b) the **auto** is disabled by a collision or comprehensive loss, and **you** have the coverage under this policy applicable to the loss.

This provision does not apply if the insured **auto** is a **travel-trailer**.

(3) If **you** have comprehensive insurance under this policy, **Allstate** will repay up to $10 a day but not more than $300 for each loss for the cost of transportation when the entire **auto** is stolen. This coverage begins 48 hours after **you** report the theft to **us**, but ends when **we** offer settlement or **your auto** is returned to use.

(4) If **you** have purchased collision or comprehensive insurance under this policy, **Allstate** will pay general average and salvage charges imposed when **your** insured **auto** is being transported.

Page 13

# Allstate Insurance Company

## Insured Autos

(1) Any **auto** described on the declarations page and the four wheel private passenger **auto** or utility **auto you** replace it with if **you** notify **Allstate** within 60 days of the replacement and pay the additional premium.

(2) An additional four wheel private passenger **auto** or utility **auto you** acquire ownership of during the premium period. This **auto** will be covered if **Allstate** insures all other private passenger **autos** or utility **autos you** own. **You** must, however, notify **Allstate** within 60 days of acquiring the **auto** and pay any additional premium.

(3) A substitute four wheel private passenger **auto** or utility **auto**, not owned by **you** or a **resident**, temporarily used with the permission of the owner while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

(4) A non-owned four wheel private passenger **auto** used by **you** or a **resident** relative with the permission of the owner. This **auto** must not be available or furnished for the regular use of **you** or any **resident**.

(5) A trailer, while attached to an insured **auto**, designed for use with a private passenger **auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or utility **auto**. Home, office, store, display or passenger trailers, **travel-trailers** or **camper units** are not covered unless described on the declarations page.

## Definitions

(1) "**Allstate**", "**We**", "**Us**", or "**Our**"—means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) "**Auto**"—means a land motor vehicle designed for use principally upon public roads.

(3) "**Camper unit**"—means an automobile body designed for use as temporary living quarters and constructed as a demountable unit. A camper unit includes caps, toppers, canopies, and all equipment and accessories built into and forming a permanent part of the structure. However, a camper unit will not include radio or television antennas, awnings, cabanas, or equipment designed to create additional living facilities while off a highway.

(4) "**Motor home**"—means a self-propelled vehicle equipped, designed or used as a living quarters.

(5) "**Resident**" or "**Reside**"—means the physical presence in **your** household with the intention to continue living there. Unmarried dependent children temporarily away from home will be considered residents if they intend to continue to live in **your** household.

(6) "**Travel-trailer**"—means a trailer of the house, cabin or camping type equipped or used as a living quarters.

(7) "**Utility Auto**"—means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

(8) "**You**" or "**Your**"—means the policyholder named on the declarations page and that policyholder's **resident** spouse.

## Exclusions—What is not covered

These coverages don't apply to

(1) loss caused intentionally by or at the direction of an insured person.

(2) any **auto** used for the transportation of people or property for a fee. This exclusion does not apply to shared expense car pools.

(3) any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

(4) loss to any non-owned **auto** used in an auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos**.

(5) loss due to radioactive contamination.

(6) damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring

Page 14

AUTO *110005101102507004802616*



EXHIBIT __A__
PG __31__ OF __59__

# Allstate Insurance Company

used to connect electrical components, or the result of other loss covered by this policy.

(7) tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

(8) loss to any sound reproducing, recording, transmitting, or receiving system located in **your auto** unless the system is permanently installed
   (a) in the dashboard, or
   (b) in another location specifically designed by the auto's manufacturer for installation of a radio.

Coverage also will not apply to loss to any antenna or other apparatus in or on the **auto** designed for use with those sound systems.

This exclusion will not apply if Coverage ZA is purchased.

(9) loss to any tapes or similar items, unless **you** have tape coverage under this policy.

(10) loss to a **camper unit** whether or not mounted. This exclusion will not apply if **camper unit** coverage is shown as applicable on the declarations page.

(11) loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a **motor home** or **travel-trailer**.

(12) loss to **your motor home** or **your travel-trailer** while rented to anyone else unless a specific premium is shown on the declarations page for the rented vehicle.

## Right to Appraisal
Both **you** and **Allstate** have a right to demand an appraisal of the loss. Each will appoint and pay a competent and disinterested appraiser and will equally share other appraisal expenses. The appraisers, or a judge of a court of record, will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of loss. An award in writing by any two appraisers will determine the loss amount payable.

## Payment of Loss by Allstate
**Allstate** may pay for the loss in money, or may repair or replace the damaged or stolen property. **We** may, at any time before the loss is paid or the property is replaced, return at **our** own expense any stolen property, either to **you** or at **our** option to the address shown on the declarations page, with payment for any resulting damage. **We** may take all or part of the property at the agreed or appraised value. **We** may settle any claim or loss either with **you** or the owner of the property.

## Limits of Liability
**Allstate's** limit of liability is the actual cash value of the property or damaged part of the property at the time of loss. The actual cash value will be reduced by the deductible for each coverage as shown on the declarations page. However, **our** liability will not exceed what it would cost to repair or replace the property or part with other of like kind and quality. The limit for loss to any trailer is $500.

An **auto** and attached trailer are considered separate **autos**, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, a separate deductible will apply to the **auto** and **camper unit**.

## If There Is Other Insurance
If there is other insurance covering the loss at the time of the accident, **we** will pay only **our** share of any damages. **Our** share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that **our** limits represent.

When this insurance covers a substitute **auto** or non-owned **auto**, **we** will pay only after all other collectible insurance has been exhausted.

When this insurance covers a replacement **auto** or additional **auto**, this policy won't apply if **you** have other collectible insurance.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, any Coverage ZA deductible will always apply.

Page 15

EXHIBIT 4
PG 32 OF 54

# Allstate Insurance Company

### Action Against Allstate
No one may sue **us** under this coverage unless there is full compliance with all the terms of this policy.

### Subrogation Rights
When **we** pay, **your** rights of recovery from anyone else become **ours** up to the amount **we** have paid. **You** must protect these rights and help **us** enforce them.

### What You Must Do If There Is A Loss
(1) As soon as possible any person making claim must give **us** written proof of loss, including all details reasonably required by **us**. **We** have the right to inspect the damaged property.

(2) Protect the **auto** from further loss. **We** will pay reasonable expenses to guard against further loss. If **you** don't protect the **auto**, further loss is not covered.

(3) Report all theft losses promptly to the police.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the declarations page by an authorized agent of Allstate.

*[signature]*

Secretary

*[signature]*

President, Personal Lines

Page 16

AUTO *11000510110250700480261 7*

EXHIBIT ___A___
PG ___33___ OF ___59___

# Allstate Insurance Company

INDEX OF POLICY PROVISIONS

| | |
|---|---|
| Action Against Allstate | |
| —liability | 5 |
| —medical payments | 7 |
| —uninsured motorists | 11 |
| —physical damage to the auto | 16 |
| Additional Payments Allstate Will Make | |
| —liability | 3 |
| —physical damage to the auto | 13 |
| Assistance and Cooperation | |
| —liability | 5 |
| —medical payments | 7 |
| —uninsured motorists | 11 |
| Cancellation | 2 |
| Changes | 2 |
| Combining Limits of Two or More Autos Prohibited | 2 |
| Consent of Beneficiary | 8 |
| Definitions | |
| —liability | 4 |
| —medical payments | 6 |
| —death indemnity | 8 |
| —disability income protection | 8 |
| —uninsured motorists | 10 |
| —physical damage to the auto | 14 |
| Duty to Report Autos | 2 |
| Exclusions—What is not covered | |
| —liability | 4 |
| —medical payments | 6 |
| —death indemnity | 8 |
| —disability income protection | 9 |
| —uninsured motorists | 10 |
| —physical damage to the auto | 14 |
| Financial Responsibility | 4 |
| If There Is Other Insurance | |
| —liability | 5 |
| —medical payments | 7 |
| —uninsured motorists | 11 |
| —physical damage to the auto | 15 |
| If We Cannot Agree | 11 |
| Insured Autos | |
| —liability | 3 |

| | |
|---|---|
| —medical payments | 6 |
| —physical damage to the auto | 14 |
| Insuring Agreements | |
| —liability | 3 |
| —medical payments | 5 |
| —death indemnity | 7 |
| —disability income protection | 8 |
| —uninsured motorists | 9 |
| —physical damage to the auto | 12 |
| Limits of Liability | |
| —liability | 4 |
| —medical payments | 7 |
| —uninsured motorists | 10 |
| —physical damage to the auto | 15 |
| Payment of Benefits; Autopsy | 8 |
| Payment of Loss by Allstate | |
| —uninsured motorists | 11 |
| —physical damage to the auto | 15 |
| Persons Insured | |
| —liability | 3 |
| —medical payments | 5 |
| —death indemnity | 8 |
| —disability income protection | 8 |
| —uninsured motorists | 9 |
| Proof of Claim; Medical Reports | |
| —medical payments | 7 |
| —death indemnity | 8 |
| —disability income protection | 9 |
| —uninsured motorists | 11 |
| Right to Appraisal | 15 |
| Subrogation Rights | |
| —medical payments | 7 |
| —physical damage to the auto | 16 |
| To Whom And When Payment Is Made | 9 |
| Trust Agreement | 11 |
| Transfer | 2 |
| What To Do In Case Of An Auto Accident Or Claim | |
| —liability | 5 |
| What You Must Do If There Is A Loss | 16 |
| When And Where The Policy Applies | 2 |

EXHIBIT A
PG 34 OF 54

**Allstate Indemnity Company**

Policy Number : 9 07 184390 10/20    Your Agent:   Sleeper Ins Agency  (907) 344-3301
Policy Effective Date: Oct. 20, 2001

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Amendment Of Policy Provisions — AU2306

This endorsement amends all of the following policies: Automobile, Motorcycle, Motorhome, and Personal Umbrella Policy. This endorsement is in addition to all other endorsements which apply to these policies.

It is agreed that the following provision is added to the **General** provisions:

**Conditional Reinstatement**
If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

AUTO *11000510110250700480 2618*



EXHIBIT    A
PG    35    OF   54