Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
    Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation, <br><br>            Plaintiff, <br><br>    v. <br><br>KENNETH BATTLEY, in his capacity as trustee for the bankruptcy Estate of Amy Jean Menerey, AMY JEAN MENEREY, DANIEL E. LIBBEY, in his capacity as personal representative of the Estate of Julie Menerey, SALLY FIELDER, MARK FIELDER, STACEY FIELDER, and JOHN and JANE DOE(s), <br><br>            Defendants. | Case No.3:06-CV-_____-___ |

### CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Allstate Indemnity Company makes the following disclosure regarding its corporate identity.

Allstate Indemnity Company is a wholly owned subsidiary of The Allstate Corporation, which is a Delaware corporation.  The stock

of The Allstate Corporation is publicly traded. No publicly held entity owns ten percent or more of the stock of The Allstate Corporation.

DATED this 18th day of May, 2006, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 9111079]

N:\AKB\854\451\INTERPLEADER\DISCLOSURE.doc