Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
    Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>KENNETH BATTLEY, in his capacity as trustee for the bankruptcy Estate of Amy Jean Menerey, AMY JEAN MENEREY, DANIEL E. LIBBEY, in his capacity as personal representative of the Estate of Julie Menerey, SALLY FIELDER, MARK FIELDER, STACEY FIELDER, and JOHN and JANE DOE(s),<br><br>                Defendants. | Case No. 3:06-CV-117-TMB |

**AFFIDAVIT OF SERVICE**
[Rule 4(l)]

STATE OF ALASKA          )
                         ) ss
THIRD JUDICIAL DISTRICT  )

     Alfred Clayton, Jr., being first duly sworn, hereby deposes and states as follows:

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

1.  I am a partner with the law firm of Bliss, Wilkens & Clayton.

2.  On September 14, 2006, I caused to be served the Summons, Complaint and Case Characterization Form on the following defendants:

>   Kenneth Battley
>   629 L Street, Suite 201
>   Anchorage, Alaska
>
>   Daniel Libbey
>   604 W. 2nd Avenue
>   Anchorage, Alaska

3.  Attached are the Returns of Service from North Country Process, Inc. indicating that service was accomplished on Kenneth Battley and Daniel Libbey.

_____
Alfred Clayton, Jr.
BLISS, WILKENS & CLAYTON
Lawyers for Plaintiff
500 L Street, Suite 200
Anchorage, AK   99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:   atc@bwclawyers.com
AK Bar:   9111079

SUBSCRIBED and SWORN to before me this 18th day of September, 2006, at Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 9/16/10

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

N:\ASM\854\451\INTERPLEADER\Service.Proof.doc

AFFIDAVIT OF SERVICE [Rule 4(l)]          Allstate v. Battley, et al.
Page 2 of 2                                          3:06-CV-117-TMB