# RETURN OF SERVICE

Case Number:   3:06-CV-00117-TMB

ALLSTATE INDEMNITY COMPANY, AN ILLINOIS CORPORATION
    Plaintiff(s),

vs.

KENNETH BATTLEY, IN HIS CAPACITY AS TRUSTEE FOR THE BANKRUPTCY ESTATE OF AMY JEAN MENEREY, ET AL.
    Defendant(s).
_____ )

I certify that on 9/14/2006, at 11:20 AM, I served the following documents:

SUMMONS AND COMPLAINT, CASE CHARACTERIZATION FORM

upon the therein named KENNETH BATTLEY at 629 L STREET, SUITE 201, ANCHORAGE, ALASKA, by handing and leaving a true and correct copy with KENNETH BATTLEY.

DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this September 14, 2006

Notary Public in and for the State of Alaska
My Commission Expires:   3/5/2009

Service Fee:   $35.00
Mileage Fee:   $15.00

Client:   BLISS, WILKENS & CLAYTON
Client Contact:   MARY OR ALICE
File Number:   854-541 INTERPLEADER

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

TOTAL:   $50.00

Return No.:   55563