# RETURN OF SERVICE

Case Number:   3:06-CV-00117-TMB

ALLSTATE INDEMNITY COMPANY, AN ILLINOIS CORPORATION
    Plaintiff(s),

vs.

KENNETH BATTLEY, IN HIS CAPACITY AS TRUSTEE FOR THE BANKRUPTCY ESTATE OF AMY JEAN MENEREY, ET AL.
    Defendant(s).
    )

I certify that on 9/14/2006, at 11:15 AM, I served the following documents:

SUMMONS AND COMPLAINT, CASE CHARACTERIZATION FORM

upon the therein named DANIEL LIBBY at 604 W. 2ND AVE., ANCHORAGE, ALASKA, by handing and leaving a true and correct copy with DANIEL LIBBY.

DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this September 14, 2006

Notary Public in and for the State of Alaska
My Commission Expires:   3/5/2009

| | |
|---|---|
| Client: | BLISS, WILKENS & CLAYTON |
| Client Contact: | MARY OR ALICE |
| File Number: | 854-541 INTERPLEADER |

Service Fee:   $35.00
Mileage Fee:   $15.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

**TOTAL:**   $50.00

**Return No.:**   55564