Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
      Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>KENNETH BATTLEY, in his capacity as trustee for the bankruptcy Estate of Amy Jean Menerey, AMY JEAN MENEREY, DANIEL E. LIBBEY, in his capacity as personal representative of the Estate of Julie Menerey, SALLY FIELDER, MARK FIELDER, STACEY FIELDER, and JOHN and JANE DOE(s),<br><br>              Defendants. | Case No.3:06-CV-117-TMB<br><br>**ACCEPTANCE OF SERVICE** |

The undersigned certifies as follows:

1. I am the attorney for a defendant in this action, Amy Jean Menerey;

2. I am authorized to accept service of the Summons and Complaint on the defendant's behalf.

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

EXHIBIT _____1_____
PG ___1___ OF ___2___

     3. I hereby accept service on behalf of Amy Jean Menerey on the date indicated below.

     DATED this 14th day of September, 2006, at Anchorage, Alaska.

     By: _____
Karen E. Bretz
610 C Street, #2B
P O Box 91457
Anchorage, AK 99509
(ABA#9911058)

N:\ASM\854\451\INTERPLEADER\Acceptance.Bretz.doc

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Acceptance of Sservice     *Allstate v. Battley, et al.*
Page 2 of 2     3:06-CV-117-TMB

EXHIBIT A
PG 2 OF 2