# RETURN OF SERVICE

Case Number: 3:06-CV-00117-TMB

ALLSTATE INDEMNITY COMPANY, AN ILLINOIS CORPORATION
    Plaintiff(s),
vs.
KENNETH BATTLEY, IN HIS CAPACITY AS TRUSTEE FOR THE
BANKRUPTCY ESTATE OF AMY JEAN MENEREY, ET AL.
    Defendant(s).
)

I certify that on 9/16/2006, at 8:48 AM, I served the following documents:

SUMMONS AND COMPLAINT, CASE CHARACTERIZATION FORM

upon the therein named SALLY FIELDER at 3071 N. KINTRYE LANE, WASILLA, ALASKA, by handing and leaving a true and correct copy with SALLY FIELDER.

ATTEMPTS OF TWO ADDRESSES WERE MADE FOR A TOTAL OF 60 MILES TRAVELED. CHARGES INCLUDE AN ADDITIONAL 25 MILES AS SOME OF THE MILEAGE IS SHARED WITH OTHER SERVICES.

_Karen Cleveland_
KAREN CLEVELAND
Civilian Process Server

SUBSCRIBED AND SWORN to before me this September 20, 2006

Client:    BLISS, WILKENS & CLAYTON
Client Contact:  MARY OR ALICE
File Number:  854-451 INTERPLEADER

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

Notary Public in and for the State of Alaska
My Commission Expires: 5/20/2009
Service Fee: $35.00
Mileage Fee: $25.00

TOTAL: $60.00

Return No.: 55565