Paul Cossman
The Law Offices of Dennis M. Mestas
745 W 4th Avenue, Suite 306
Anchorage, AK 99501
Telephone:   (907) 277-9496
Facsimile:   (907) 277-9496
E-mail:      paulcossman@acsalaska.net

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH BATTLEY, in his capacity as<br>Trustee for the bankruptcy Estate of Amy<br>Jean Menerey, AMY JEAN MENEREY,<br>DANIEL E. LIBBY, in his capacity as<br>Personal representative of the Estate of Julie<br>Menerey, SALLY FIELDER, MARK FIELDER<br>STACEY FIELDER, and JOHN and JANE<br>DOE (s),<br><br>Defendants. | Case No. 3:06-CV-00117 TMB |

**ENTRY OF APPEARANCE**

COME NOW the LAW OFFICES OF DENNIS M. MESTAS, P.C., and enters its appearance on behalf of defendant Sally Hannaman (nee Sally Fielder), in the above-captioned matter, and requests that all further pleadings and papers be served on the undersigned.

DATED this 25th day of September, 2006, at Anchorage, Alaska.

By:   s/Paul Cossman
The Law Offices of Dennis M. Mestas
Counsel for Defendant
745 w 4th Avenue, Suite 306
Anchorage, AK 99501
E-mail:paulcossman@acsalaska.net
Telephone:   (907) 277-9496
Facsimile:   (907) 272-4354
[ABA No. 8506091]

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, a copy of the foregoing Entry of Appearance was served electronically Or by U.S. Mail on:

Jason Skala, Esq.
11517 Old Glenn Highway, Ste. 202
Eagle River, Alaska 99577

Alfred Clayton, Jr.
Bliss, Wilkins & Clayton
500 L Street, Ste. 200
Anchorage, Alaska 99501

Kenneth Battley, Trustee
629 L Street, Ste. 201
Anchorage, Alaska 99501

Daniel Libbey, Esq.
604 W. 2nd Avenue
Anchorage, Alaska 99501

s/Paul Cossman