William D. Artus
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone:  907-277-9918
Telefax:    907-279-9918

Attorney for Defendant Kenneth Battley

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re ) | Case No. 3:06-CV-00117-TMB |
| ) | |
| ALLSTATE INDEMNITY COMPANY, ) | |
| an Illinois Corporation, ) | |
| ) | |
|        Plaintiff. ) | |
| ) | |
| v ) | |
| ) | |
| KENNETH BATTLEY, in his ) | |
| capacity as trustee for the ) | |
| bankruptcy estate of Amy Jean ) | |
| Menerey, AMY JEAN MENEREY, ) | |
| DANIEL E. LIBBEY, in his ) | |
| capacity as personal ) | |
| representative of the Estate of ) | |
| Julie Menerey, SALLY FIELDER, ) | |
| MARK FIELDER, STACEY FIELDER, ) | |
| and JOHN and JANE DOE(S), ) | |
| ) | |
|        Defendants. ) | |
| ) | |

### ENTRY OF APPEARANCE

William D. Artus hereby enters his appearance for and on behalf of defendant Kenneth Battley, in his capacity as trustee for the bankruptcy estate of Amy Jean Menerey and

requests that copies of pleadings and other papers be served on him at 629 L Street, Suite 104, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska on September 27, 2006.

/s/ William D. Artus
William D. Artus
Attorney for Defendant
Kenneth Battley
629 L Street, Suite 104
Anchorage Alaska  99501
Telephone:  277-9918
Telefax:    279-9918
e-mail:  artuslaw@alaska.com
ABA No. 7410059

I certify that on September 27, 2006 a true and correct copy of this Entry of Appearance was served on:

Alfred Clayton, Jr.
Bliss, Wilkins & Clayton
500 L Street
Suite 200
Anchorage Alaska  99501

Karen Bretz
Box 91457
Anchorage Alaska  99509

Jason Skala
12330 Old Glenn Highway
Suite A
Eagle River, Alaska  99577

and

Eric Sanders
Keesal, Young & Logan
1029 W 3rd Avenue
Suite 650
Anchorage K  99501

by regular mail or by electronic
means through the ECF system.

<u>/s/ William D. Artus</u>
William D. Artus