Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Plaintiff
     Allstate Indemnity Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE


| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>KENNETH BATTLEY, in his capacity as trustee for the bankruptcy Estate of Amy Jean Menerey, AMY JEAN MENEREY, DANIEL E. LIBBEY, in his capacity as personal representative of the Estate of Julie Menerey, SALLY FIELDER, MARK FIELDER, STACEY FIELDER, and JOHN and JANE DOE(s),<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.3:06-CV-117-TMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Allstate Indemnity Company, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), gives notice of dismissal of this action without prejudice. Some defendants have entered appearances in the action. No defendant has filed an answer or a motion for summary judgment.

DATED this 24th day of October, 2006, at Anchorage, Alaska.

By:  s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK  99501
E-mail:  atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24th,
2006 a copy of the foregoing Notice
of Voluntary Dismissal
was served electronically on:

**William D. Artus**

**Paul Cossman**

**And by mail as a courtesy to:**

**Karen Bretz**
**610 C Street, Suite 2B**
**Box 91457**
**Anchorage, AK 99509**

**Eric T. Sanders**
**Feldman, Orlansky & Sanders**
**500 L Street, Suite 400**
**Anchorage, AK 99501**

**Jason E. Skala**
**11517 Old Glenn Highway, Suite 202**
**Eagle River, AK 99577**

**Thomas E. Williams**
**Law Office of Thomas E. Williams**
**11901 Business Blvd., Suite 202**
**Eagle River, AK 99577**

**s/Alfred Clayton, Jr.**

N:\ASM\854\451\INTERPLEADER\Notice.Voluntary.Dismissal.doc